**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**SHAWN LEWIS,**

        **Plaintiff,**

    - v -                                         Civ. No. 8:17-CV-1360
                                                                         (TJM/DJS)
**PAULA MICHAUD,** *et al.***,**

        **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


## DECISION & ORDER

**I.    INTRODUCTION**

      This *pro se* action was referred to the Hon. Daniel J. Stewart, United States Magistrate Judge, for an initial review pursuant to 28 U.S.C. § 1915(e). No objections to Magistrate Judge Stewart's January 17, 2018 Report-Recommendation and Order [Dkt. # 8] have been filed, and the time to do so has expired.

**II.    DISCUSSION**

      After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**III.    CONCLUSION**

      Accordingly, the Court **ACCEPTS and ADOPTS** the Report-Recommendation and Order [Dkt. # 8] for the reasons stated therein. Therefore, it is hereby

      **ORDERED** that plaintiff is given <u>thirty (30) days from the date of this Decision and</u>

Order in which to file an Amended Complaint correcting the format and expanding upon the facts that would support his claim for entitlement to relief.  Plaintiff is advised that <u>an amended complaint **supersedes in all respects** the prior pleading.  Therefore, if plaintiff files an amended complaint, he **must properly allege in the amended complaint all factual bases for all claims asserted therein, and the amended complaint must be in compliance with Rules 8 and 10 of the Federal Rules of Civil Procedure.**</u>  And, it is further

**ORDERED** that should plaintiff fail to file an amended complaint within <u>thirty (30) days from the date of this Decision and Order</u>, plaintiff's Complaint (Dkt. # 1) will be **DISMISSED**, without further action by the Court, pursuant to 28 U.S.C. § 1915 for failure to state a claim.  And it is further

**ORDERED** that should plaintiff intend to assert claims on behalf of any minor child, he must either retain counsel for that child within the thirty-day time period for amendment or apply for appointment of counsel for the minor child at the time he files an amended complaint.  And it is further

**ORDERED** that plaintiff's motions for leave to add additional parties and facts/citations, Dkt. # 9, and for an extension of time to amend the complaint and to obtain counsel, Dkt. # 10, are **DENIED as MOOT**.

**IT IS SO ORDERED.**

Dated: February 12, 2018

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge

2